John Joseph Fall [c]
c/o General Delivery
Onset, Massachusetts
[02558]

in 'Fall Court'
(a 'court of record') in
'Federal Court', at location:
'District Court of the united States for Rhode-Island'
at 1 Exchange Terrace, Providence, Rhode-Island
401-752-7200 [CA14-453ML]

## Claim: Trespass (Bear[ing] False Witness)

Case Number RR 977 548 570 US

i; [a]man; John Joseph Fall;
prosecutor

the man, John N. Kane, Jr.;
Wrong doer



RR 977 548 570 US

### Preamble

i; a man require: to remain in 'commonlaw' at all times;
'court of record'; 'trial by jury'; without affect by statutes; see "Exhibit E"

i; [a]man, claim:

1) the man, John N. Kane, Jr. did and does trespass against i; upon property; Cf. "Exhibit C"

2) the causal source of said trespass is by way of bear[ing] false witness by way of "Indictment" (- see "Exhibit A") and with assault against i; Cf. "Exhibit B";

3) Said trespass did and does harm against i and injures my property;

4) for 'Fall Court'; i wish upon magistrate and clerk to bear witness to "Order: Redress", see "Exhibit D";

i stand behind said claim;
i verify here and will verify in open court, all herein be true;

Kind regards, *John Joseph Fall* September 23, 2014
John Joseph Fall

