in 'Fall Court'
(a court of record), at
'Federal Court', at location:
'District Court of the united States for Rhode-Island'
at 1 Exchange Terrace, Providence, Rhode-Island

FILED
2014 OCT 17 P 4:07
US DISTRICT COURT
DISTRICT OF RHODE ISLAND

[File no.] CA 14 - 453ML

---

## Order (Seal Case)

i, [a] man, say by affirmation that my case CA 14 - 453ML is solely my property [like my time, dignity, reputation, innocence, safety, freedom et cetera];

The 'Fall Court' requires case CA 14 - 453 ML is now sealed and remains private and secured until 'trial by jury' happen [to prevent 'trespass on this case' and to allow wrongdoer to settle privately without excess embarrassment in public]; the only documents allowed in said case are:

- documents which bear wet-ink signature by wrongdoer (no agents);
- documents which bear wet-ink signature by i (no agents);
- documents which bear the wet-ink signature of the Clerk who has oath and bond pressed into the record of said case;
- and documents which bear the wet-ink signature of a Magistrate [/judge] with an oath and bond pressed into the record of said case; except an Arrest Warrant or like order to seize the wrongdoer;

All other documents are *trespass on the case*;

i say here and i will verify in open court, that all herein be true.

Respectfully, *John Joseph Fall*   Date  October 16, 2014

John Joseph Fall, [a] man



Perpetually, i require to remain in 'common law' at all times; i am an idiot in regard to the legal society;