in 'Fall Court'
(a court of record), at
'Federal Court', at location:

FILED

## 'District Court of the united States for Rhode-Island'

at 1 Exchange Terrace, Providence, Rhode-Island

2014 OCT 17 P 4:07

[File no.] CA 14 - 453ML

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

### notice: 'Law of this Case'

**Fall Court** presents notice:

i [a] man, wish, order and require, the 'Law of this Case' is God's Word by way of the 'common law'; i mean:

I.   the law common to man [as] derived from the Bible (the word of God; KJV version; year 1611) upon which the beliefs and customs of the local man and woman are founded; without affect by statutes [of man]; and without affect by magistrate; see also "Exhibit E" adjoin[ed] to my Claim: Trespass (Bear[ing] False Witness);

II.  "You shall not spread a false report. <u>You shall not join hands with a wicked man to be a malicious witness.</u> You shall not fall in with the many to do evil, **nor shall you bear witness in a lawsuit**, siding with the many, **so as to pervert justice,** nor shall you be partial to a poor man in his lawsuit."   — Exodus 23:1-2

III. "A false witness shall not be unpunished, and he that speaketh lies shall not escape."   — Proverbs 19:5

IV.  "Thou knowest the commandments, Do not commit adultery, Do not kill, Do not steal, **Do not bear false witness**, Honour thy father and thy mother."   — Luke 18:20

V.   In regards to "INDICTMENT" in "Exhibit A" of my "Claim: Trespass (Bear[ing] False Witness)":

- the plaintiff must appear with face who makes accusation in living voice, under oath or affirmation, with firsthand knowledge, that a wrong did or do happen and who did or do the wrong, and/or make claim to the property of i, [a] man; (*Cf.* "Exhibit C" in said Claim)

- and i require said accusation must be support[ed] by a witness with face, who makes accusation in living voice, under oath or affirmation, with firsthand knowledge, that a wrong did or do happen and who did or do the wrong; and/or make claim to the property of i, [a] man;

VI.  "... so that by the mouth of two or three witnesses every act may be confirmed."   Mathew 18:15, 16

VI.  "Whoever oppresses a poor man insults his Maker" ... Proverbs 14:31

VII. No law requires a man to interact with the legal society, nor be subject thereto;

i say here and will verify in open court, all herein be true;   *John Joseph Fall*   October 16, 2014
John Joseph Fall, [a] man

in 'Fall Court'
(a court of record), at
'Federal Court', at location:
'District Court of the united States for Rhode-Island'
at 1 Exchange Terrace, Providence, Rhode Island

FILED
2014 OCT 17 P 4: 07
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

[File no.] CA 14 - 453ML

i, [a] man, John Joseph Fall,
prosecutor;

--------------------------------

the man, John N. Kane, Jr.
wrongdoer;

---

### notice: Identity

**Fall Court** presents:

Firstly.  in my case [*Cf.* CA 14 - 453ML] i am a man [not my person, thus:]
i am not any of the following identities; i am not identified by the following words, terms, syntax and phrases, nor do they apply to i, [a] man:

> pro se, Plaintiff, Plaintiff Fall, John J. Fall, JOHN J. FALL, JOHN J FALL, JOHN JOSEPH FALL, JOHN FALL, Defendant, Defendant Fall, Defendant FALL, nor any words, terms, phrases which diminish i, man;

> thus, to represent or describe i by any of those words, terms, syntax and phrases is fraud and contempt of court;

Secondly.    at all times i am man;

i say here and i will verify in open court, all herein is truth.

Respectfully, _John Joseph Fall_  Date _October 17, 2014_
John Joseph Fall, [:]man



in 'Fall Court'
(a court of record), at
'Federal Court', at location:

**'District Court of the united States for Rhode Island'**

at 1 Exchange Terrace, Providence, Rhode Island

[File no.] CA 14 - 453ML

FILED
2014 OCT 17  P 4:07
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

i, [a] man, John Joseph Fall,
prosecutor;

------------------------------

the man, John N. Kane, Jr.
wrongdoer;

-----------------------------------------------------------------------------------------------------------------------------------

### notice: Interfere

**Fall Court** presents notice:

    i, [a] man, say by affirmation that my case [cf. CA 14 - 453ML] is solely my property [like my time, dignity, reputation, innocence, safety, freedom et cetera];

    i, [a] man declare any [wo]man and/or public servant and/or qualified Employee of court, who interfere and/or tamper with, and/or obstruct my property [the exercise of rights] will be be held liable for damages due to loss and/or injury to said property, plus all harm to i, which results from, or arise from, any tortuous act, error and/or omission by such [wo]man and/or public servant and/or qualified Employee of court, ['trespass upon the case'] and owes and is indebted to i: compensation in amounts [of]: $1,000.00 plus $500 per day, per incident, plus damages;

i say here and i will verify in open court, all herein be true.

Respectfully, *John Joseph Fall*   Date October 17, 2014
           John Joseph Fall, [a] man



in 'Fall Court'
(a court of record), at
'Federal Court', at location:

## 'District Court of the united States for Rhode-Island'

at 1 Exchange Terrace, Providence, Rhode Island

FILED
2014 OCT 17 P 4: 08
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

[File no.] CA 14 - 453ML

i, [a] man, John Joseph Fall,
prosecutor;

---

the man, John N. Kane, Jr.
wrongdoer;

---

### notice: Property

*Fall court* presents notice:

| | |
|---|---|
| Firstly. | i, John, a man, wish, order and require by right, that my case is solely my property; |
| Secondly. | only i, [a] man have authority to alter [my] claim, notice(s) and orders until a 'trial by jury renders a verdict in a 'court of record' in accord to the course of the 'common law' |
| Thirdly. | at all times i wish, order and require that my property (e.g.: my case) remain solely on the **claim side** of the court, in 'court of record', in accord to 'common law' (without affect by statute and without affect by magistrate); |
| Fourthly. | to obstruct, delay, alter and/or place my case on the wrong side of court may result in injury to my person, and/or harm to i, a man (viz: further theft, extortion and bearing false witness by wrongdoer, plus involuntary servitude and possibly death to i due to my health condition); |
| Fifthly. | to obstruct, delay, alter and/or place my case on the wrong side [of] court (viz: complaint/statutory side is wrong side) may cause damages and harm to i; |

i say by affirmation here that all herein is truth and i will verify in open court is truth.

Respectfully submitted, *John Joseph Fall* Date *October 17, 2014*
John Joseph Fall, [a] man

in 'Fall Court'
(a court of record), at
'Federal Court', at location:

**FILED**

'District Court of the united States for Rhode-Island',
at 1 Exchange Terrace, Providence, Rhode Island

2014 OCT 17 P 4: 08

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

[File no.] CA 14 - 453ML

i, [a] man, John Joseph Fall,
prosecutor;

--------------------------------

the man, John N. Kane, Jr.
wrongdoer;

-------------------------------------------------------------------------------------------------------------------------------

**notice:** Wrongdoer

**Fall Court** presents notice:

i, [a] man, make my claim against wrongdoer: <u>the man,</u> John N. Kane, Jr., not any other capacity, role nor identity; in regards to my claim, John N. Kane, Jr. is solely a man;

i say by affirmation that all herein is truth and i will verify in open court is truth.

Respectfully, _John Joseph Fall_ Date _October 17, 2014_
John Joseph Fall, [a] man