| | |
|---|---|
| To: | William E. Smith, a man who sometimes acts as Building Manager at 'Federal Court'; 1 Exchange Terrace, Providence, Rhode Island 02903; via 'Certificate of Mailing' and Fax |
| From: | John Joseph Fall, [a] man, c/o General Delivery, Onset Massachusetts [02558] |
| Regarding: | 'my case' [*Cf.* 14-453] in 'Fall Court' at 'Federal Court' in Providence, Rhode-Island Contract # Certified Mail 7014 1820 0001 8822 0868 |
| Date: | November 28, 2014 |

**RECEIVED**
**DEC 02 2014**
**U.S. DISTRICT COURT**
**DISTRICT OF R.I.**

Dear William,

My nature is man [not person]; i [a] man, now follow-up on letter i sent to You on or near November 13, 2014, which is adjoin[ed] to this letter; i receive no response from You, to said letter; Your non-response did and does cause harm to i, and injury to property;

i did give David DiMarzio, who sometimes acts as Clerk, the opportunity to correct his repeat[ed] trespass on my case and he ignore[d] said opportunity;

i gave said opportunity by way of several letters; the most recent being Contract # Certified Mail Contract # Certified Mail 7014 1820 0001 8822 0851; which is adjoin[ed] to this letter;

therefore, to protect priority of my claim for the fragment that is covered by David DiMarzio's Professional Liability insurance, i respectfully and posthaste, require of You to immediately notify the insurance company for his Professional Liability insurance, that i have a claim against him; see Bill adjoin[ed] to this letter, which i have recently mailed to him; this is partial bill, since the compensation is ongoing while the trespass continues;

see document titled "Professional Liability Insurance Reimbursement Plan" for reference;

i prefer not to take this matter into the public; i prefer to settle privately and to offer forgiveness to David DiMarzio if he repair each and every trespass upon my case, restore my case upon the docket <u>as a claim</u> (not complaint), and does not trespass or aid trespass on my case again;

i require to move my "Claim: Trespass (Fraud)' to a verdict from a 'trial by jury' in a 'court of record' in 'common law'; without affect by Magistrate and without affect by statutes and codes;

respectfully and posthaste, i require You to provide proper response to each letter i have sent You this year, since Your silence has and does result in harm to i, [a] man, and injury to property; i require your response be in the common English way of speaking and writing, not the strange and foreign language of legalese;

Kind regards, *John Joseph Fall*
John Joseph Fall, [a] man